**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# 17 - 1 8 8 9 3 JGR

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Wit's End Ranch Retreat, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1500723** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3206 Osage St**<br>**Denver, CO 80211-3561**<br>Number, Street, City, State & ZIP Code | **9919 Dodge Dr**<br>**Northglenn, CO 80260-6030**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Denver**<br>County | Location of principal assets, if different from principal place of business |
| | **254 & 290 County Road 500 Bayfield, CO 81122**<br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL) _____

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Wit's End Ranch Retreat, LLC**
          Name

Case number (*if known*) _____

**7.   Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Wit's End Ranch Retreat, LLC**                          Case number (*if known*) _____
         Name

**11.** **Why is the case filed in**      *Check all that apply:*
         **this district?**
                                    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**        ■ **No**
         **have possession of any**
         **real property or personal**     ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
         **property that needs**
         **immediate attention?**          **Why does the property need immediate attention?** (*Check all that apply.*)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                           What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____

                                        **Where is the property?** _____
                                                                 Number, Street, City, State & ZIP Code

                                        **Is the property insured?**

                                        ☐ No

                                        ☐ Yes.  Insurance agency     _____
                                                Contact name         _____
                                                Phone                _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**   .    *Check one:*
         **available funds**
                                    ■ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**      ■ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
         **creditors**               ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                                     ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                                     ☐ 200-999

**15.** **Estimated Assets**         ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                     ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                     ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                     ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                     ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                     ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                     ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor  **Wit's End Ranch Retreat, LLC**                                    Case number (*if known*)
—————————————————————————
Name

■ **Request for Relief, Declaration, and Signatures**

**WARNING --**Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 18, 2017**
MM / DD / YYYY

X /s/ Vincent Franco, Sr.  *Vincent Francos*        **Vincent Franco, Sr.**
Signature of authorized representative of debtor        Printed name

Title  **Owner & President**

**18. Signature of attorney**

X /s/ Vincent Franco  *Vincent Franco*        Date **September 18, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**Vincent Franco**
Printed name

**Vincent Franco, Attorney at law**
Firm name

**9919 Dodge Drive N/A**
**Northglenn, CO 80260**
Number, Street, City, State & ZIP Code

Contact phone  **(303) 450-2583**    Email address  **chentefranco@aol.com**

**6581 Colorado**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wit's End Ranch Retreat, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>**1/01/2015 to**<br>☐ Other       **12/31/2015** | **$-57,686.87** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | Vincent Franco<br>Contributions from Loans | **$131,023.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | Vincent Franco<br>Contributions from Loans | **$10,309.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Wit's End Ranch Retreat, LLC**                                   Case number (if known)

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | Scott Solomon | January 2017 to August 2017 | $7,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | Linda Lute | January 2017 to April 2017 | $4,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | La Plata Electric Assoc. PO Box 2750 Durango, CO 81302-2750 | January 2017 to April 2017 | $8,587.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | Joe Reed | February 2017 to August 2017 | $2,597.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Dawn Solomon 254 County Road 500 Bayfield, CO 81122-8721 | October 2016 | $78,000.00 | Non-compliance with company policies |
| 4.2. | Ronald Solano 4299 E 130th Cir Thornton, CO 80241-2280 | December 2015 | $500,000.00 | Non-compliance with company policy |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| 1st Creek Properties, LLC 1660 Lincoln St # 2850 Denver, CO 80264-2800 | 3206 Osage Street, Denver, CO 80211 FORECLOSURE | May 26, 2017 | $2,010,000.00 |

Debtor   **Wit's End Ranch Retreat, LLC**                        Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **1st Creek Properties, LLC**<br>**1660 Lincoln St # 2850**<br>**Denver, CO 80264-2800** | **254 & 290 County Road 500, Bayfield, CO 81122**<br>**FORECLOSURE** | **August 25, 2017** | **$3,100,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Shamrock Foods vs. Wit's End Ranch Retreat, LLC and Vincent Franco, Sr.**<br>C-2017-0052 | | **Arizona State District Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ronald Solano v. Vincent Franco, Sr.**<br>2015CV32097<br>2015CV32097 | **Collection suit** | **Colo. State District Court of Adams Coun**<br>**1100 Judicial Center Dr**<br>**Brighton, CO 80601-8873** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Hisako Y. Jordan**<br>**9919 Dodge Dr**<br>**Northglenn, CO 80260-6030** | **Deed of Trust and Note against 3206 Osage Street, Denver, CO 80211** | **$0.00** |
| | Case title<br>**N/A** | Court name and address<br>**Court** |
| | Case number<br>**N/A** | |
| | Date of order or assignment<br>**11/25/2016** | |
| **Vincent Franco, Sr.**<br>**9919 Dodge Dr**<br>**Northglenn, CO 80260-6030** | **Transfer of water rights for bridge loan extension rights to pay interest rate to avoid foreclosure** | **$0.00** |
| | Case title<br>**N/A** | Court name and address<br>**Court**<br>**N/** |
| | Case number<br>**N/A** | |
| | Date of order or assignment<br>**11/30/2016** | |

| Debtor | Wit's End Ranch Retreat, LLC | Case number (if known) |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **1st Creek Properties, LLC**<br>**1660 Lincoln St # 2580**<br>**Denver, CO 80264-3103** | **254 & 290 County Road 500, Bayfield, CO 81122**<br>**RECEIVERSHIP** | **$3,100,000.00** |
| | **Case title**<br>**1st Creek Properties, LLC v. Wit's End Ranch**<br>**Retreat, LLC** | **Court name and address**<br>**Court**<br>**1060 E 2d Ave**<br>**Durango, CO 81304** |
| | **Case number**<br>**2017CV** | |
| | **Date of order or assignment**<br>**August 25, 2017** | |

---

## Part 4:   Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets -- Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Metal roof damaged by wind: insurance claim for damaged roof** | **$40,000.00** | **August 2015** | **$40,000.00** |
| **Dawn Solomon took property without authority 15 horses, 25 saddles & bridles, 1 long horse trailer, 1 jeep, 1 pick up truck, furniture items, office equipment (computers, lap top, printer, etc.)** | **-0-** | **October 2016** | **$44,000.00** |

---

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Wit's End Ranch Retreat, LLC**                                                          Case number (if known)

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Vincent Franco, Attorney at law 9919 Dodge Dr Northglenn, CO 80260-6030 | Cash | September, 2017 | $2,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Hisako Y. JOrdan, member LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Hisako Y. Jordan 9919 Dodge Dr Northglenn, CO 80260-6030 | Promissory Note secured by Deed of Trust against Debtor's property at 3206 Osage St., Denver, CO 80211 | November 2016 | $120,552.00 |
| | Relationship to debtor member of LLC Debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | 6500 E 88th Ave Henderson, CO 80640-8245 | | 8/2014 to 10/2016 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   __Wit's End Ranch Retreat, LLC__                                 Case number (if known) _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.  Wit's End Ranch Retreat, LLC<br>254 & 290 County Road 500<br>Bayfield, CO 81122-8721 | **Alcohol & Drug Addiction Faility**<br><br>Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>254 County Road 500, Bayfield, CO 81122-8721 | 20<br><br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>■ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

> **Where the referral camefrom if it comes from jail acquires medical & addiction prison, hospital, insurnace referrals, history determines type and level of treatment which makes permanent records or referral for payment purposes**
>
> Does the debtor have a privacy policy about that information?
> ☐ No
> ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  Wells Fargo Bank<br>10701 Melody Dr<br>Northglenn, CO 80234-4130 | XXXX-xxx1163 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  Petty | 2/2017 | $0.00 |
| 18.2.  Wells Fargo Bank<br>10701 Melody Dr<br>Northglenn, CO 80234-4130 | XXXX-xxx-7478 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other  Operating | 2/2017 | $0.00 |

Debtor   Wit's End Ranch Retreat, LLC                                    Case number (if known)

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | 18.2 Wells Fargo Bank 10701 Melody Dr Northglenn, CO 80234-4130 | XXXX-xxx-7478 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Operating** | 2/2017 | $0.00 |
| 18.4. | Wells Fargo Bank 10701 Melody Dr Northglenn, CO 80234-4130 | XXXX-XXX-7569 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Payroll** | 2/2017 | $0.00 |
| 18.5. | Wells Fargo Bank 10701 Melody Dr Northglenn, CO 80234-4130 | XXXX-XXX-3966 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Business** | 2/2017 | $0.00 |
| 18.6. | Wells Fargo Bank 10701 Melody Dr Northglenn, CO 80234-4130 | XXXX-XXX-9872 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **CD Accounts** | Security No. 5281-840, Bank of Hapoalim BM ($100,000 lost $206.65); Security No. 5281-932, Beal Bank USA ($100,000 lost $216.51); Security No. 5281-938, Beal Bank USA ($100,000 lost $422.78) | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   __Wit's End Ranch Retreat, LLC__   Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. | |
|---|---|---|---|
| | | Dates business existed | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | | Date of service From-To |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Wit's End Ranch Retreat, LLC**                              Case number *(if known)*

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Vincent Franco, Sr.<br>9919 Dodge Dr<br>Northglenn, CO 80260-6030 | August 2015- to present |
| 26a.2. | Betty Smith<br>12422 W 68th Ave<br>Arvada, CO 80004-2315 | September 2015 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Betty Smith<br>12422 W 68th Ave<br>Arvada, CO 80004-2315 | September 2015 to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Vincent Franco, Sr.<br>9919 Dodge Dr<br>Northglenn, CO 80260-6030 | N/A |
| 26c.2. | Wells Fargo Bank<br>10701 Melody Dr<br>Northglenn, CO 80234-4130 | N/A |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Wells Fargo Bank<br>10701 Melody Dr<br>Northglenn, CO 80234-4130 |
| 26d.2. | Broadmark Real Estate Mgmt.LLC<br>600 University St Ste 1800<br>Seattle, WA 98101-4129 |
| 26d.3. | Guaranty Bank<br>1337 17th St<br>Denver, CO 80202-1507 |
| 26d.4. | Impact Lending, LLC<br>260 Dekker Dr<br>Golden, CO 80401-8841 |
| 26d.5. | Nex Capital Group<br>2551 S Parker Rd Ste 830<br>Aurora, CO 80014-2794 |
| 26d.6. | Lynx Loan Fund, LLC<br>549 N 4th St<br>Berthoud, CO 80513-1235 |

Debtor   **Wit's End Ranch Retreat, LLC**                                   Case number *(if known)*

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Mr. Hodges | 08/15/2015 | Sales of Ranch & personalty |
| | Name and address of the person who has possession of inventory records | | |
| | President &Mgr. of Pine Valley Bank<br>PO Box 2101<br>Durango, CO 81302-2101 | | |
| 27.2 | Vincent Franco, Sr. | August 2015 | Sales & Tilte Interest to Ranch & Interest in LLC |
| | Name and address of the person who has possession of inventory records | | |
| | Vincent Franco, Sr.<br>9919 Dodge Dr<br>Northglenn, CO 80260-6030 | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vincent Franco, Sr., | 9919 Dodge Dr<br>Northglenn, CO 80260-6030 | Owner & President of LLC | 50% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Hisako Y. Jordan | 9919 Dodge Dr<br>Northglenn, CO 80260-6030 | Vice President and Owner | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dawn Solomon | 4299 E 130th Cir<br>Thornton, CO 80241-2280 | President for 2 years | 33.4 % |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Ronald Solano | 4299 E 130th Cir<br>Thornton, CO 80241-2280 | Vice President for 6 months | 33.3 % |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,

Debtor   **Wit's End Ranch Retreat, LLC**                                    Case number *(if known)* _____

credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Dawn Solomon 4299 E 130th Cir Thornton, CO 80241-2280 | Sale of shars for $78,000 | October 2016 | Prior termination removal from operations |
| | **Relationship to debtor** Former officer of LLC | | | |
| 30.2 | Ronald Solano 4299 E 130th Cir Thornton, CO 80241-2280 | Sold interest in entity/ $500,000 | December 4, 2015 | Prior termination & removal from operations |
| | **Relationship to debtor** Former office of LLC Debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                              Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                              Employer Identification number of the parent corporation

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 22, 2017___

/s/ Vincent Franco, Sr.      *Vincent Franco Sr*        Vincent Franco, Sr.
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor   **Owner & President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name   Wit's End Ranch Retreat, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*.................................................................   $    5,110,000.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*.............................................................   $    129,156.00

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*...............................................................   $    5,239,156.00

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.....   $    2,845,529.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................   $    0.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....   +$    883,389.00

4.   Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b   $    3,728,918.00

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    Wit's End Ranch Retreat, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

                                                                     Current value of
debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank, 10701 Melody Drive, Northglenn, CO 80234 | Savings account | 9872 | $0.00 |
| 3.2. | Wells Fargo Bank, 10701 Melody Drive, Northglenn, CO 80234 | Checking | 1163 | $0.00 |
| 3.3. | Wells Fargo Bank, 10701 Melody Drive, Northglenn, CO 80234 | Checking - Operating acct | 7478 | $0.00 |
| 3.4. | Wells Fargo Bank, 10701 Melody Drive, Northglenn, CO 80234 | Checking - Payroll | 7569 | $0.00 |
| 3.5. | Wells Fargo Bank, Northglenn, CO 80234 | Checking | 3955 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $0.00

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   __Wit's End Ranch Retreat, LLC_____   Case number *(if known)* _____
         Name

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:** **Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:** **Investments**

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **15 stoves & refrigerators, 2 washing machines, 1 stack dryer** | _____ | **$64,678.00** | _____ | **$64,678.00** |

| | | |
|---|---|---|
| 20. | Work in progress | |
| 21. | Finished goods, including goods held for resale | |
| 22. | Other inventory or supplies | |
| 23. | Total of Part 5. | **$64,678.00** |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. Is any of the property listed in Part 5 perishable?
■ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☐ No. Go to Part 7.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Wit's End Ranch Retreat, LLC**                Case number *(if known)* _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops–either planted or harvested | | | |
| 29. Farm animals *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. Farm machinery and equipment *(Other than titled motor vehicles)* Kubota Tractor with Accessories | $57,850.00 | | $57,850.00 |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 Wheel barrow Grain bucket feeders white plastic stacking chairs refrigerator horse collars anvil barrels large metal pail Multiple T-posts small green wagon set of deer antlers propane bottle Misc paint cans small refrigerator large red vice grip large metal grain feeder in between buildings Grain Silo Fridge | $84.00 | | $84.00 |

| 33. | Total of Part 6. Add lines 28 through 32. Copy the total to line 85. | $57,934.00 |
|---|---|---|

34. Is the debtor a member of an agricultural cooperative?
    ■ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
    ■ No
    ☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture Wooden Bench, Wooden Hall Table; Wooden Bench with Cushion; Desk with 4 drawers; Round Mirror; Grey Metal Floor Lamp; Floor Rugs; Misc Pictures; Desk Lamp Curtains | $82.00 | | $82.00 |

Debtor    Wit's End Ranch Retreat, LLC _____    Case number (If known) _____
          Name

| | | |
|---|---|---|
| Parlor Furniture; Wooden Frame with Coverings including Sofa and 3 Chairs; Floor Lamp; Curtains; Footstool; Sofa Pillows; Glass and Wooden Hutch; Cowhide Large Back Chairs; Cowhide Footstool; Cowhide Rug; Lamp; Chairs; Metal Filing Cabinets; Corner Desk; Cabinet Key Holder; Scanner/Copier/Printer; Shelving Unit | $224.00 | $224.00 |
| Treadmill; Eliptical Machine; Weight Bench; Exercise Equipment; Bicycle Machine; Shelving Unit; Sink; Mirror; Large and Small Weight Display with Weights; Bench Seat; Ceiling Fan with Light; Pillows; Wooden Desk; Plug In Lamp; Stereo System; Misc CDs; Spa Chair; Leather Footstool; Crock pots; Kettle pots; Garbage Can; Massage tables; Sinks; Shelving units; Spa Towels; Dry Sauna 4x6; Shower with Glass Doors; Shelving units | $483.00 | $483.00 |
| Tool Sheds with Misc Furniture; Patio Furniture; 30 Plastic Chairs; Banquet Table; Misc Tables; Vehicle Ramps; Vehicle Jack; Gas Grill; Pool Table; Lawn Mower; Welding Torches; Porch Swings; Wagon Wheel; Welder; 10 Patio Chairs; 2 Bench Seats; Cushions; Air Compressor; Chop Saw; Snow Blader; Shopvac; Weedwacker; Oil Lamps; Coca Cola Soda Cooler; Skilsaw; Table Saw; Welding Rods; Twelve Foot Extension Ladder; Tractor with Loading Bucket; Mulcher/Tiller attachment; 20 Bicycles; Porch Bench; Volleyball net and ball; Wooden Foosball; Ping Pong foldable table; Dining tables; Popcorn machine; Rolled Pool Covering; Three Bench Seat Wooden Horse Drawn Wagon; Vinyl Outdoor Patio Chairs; Umbrella | $797.00 | $797.00 |
| Lodge and Kitchen; Coat Rack; Chairs; Tables; Indian Print Table Runner; Lamps; Brown Leather Hat; 4 Table Tops; Cloth and Wooden Chairs; Print Pictures; Tile Top Tables; Barn Wood Banquet Table; Glass Roosters; Wooden Barrel; Wooden Carved Bear; Ceiling Fans with Lights; Hutch with 5 Drawers; Oil Lamps; Platter; Canisters; Water Pitchers; Platters; Round Wooden Tables; Three Piece Candle Holder; Sleigh; Birdhouse; Dining Chairs and Table; Walk In Wine Cooler; Stained Glass Piano; Cabinet Grand Piano; Karaoke Player; Small Log Table; Food Warmers; Television; Metal Chairs with Cushion; Metal High Bar Chairs; Room Divider; Misc Kitchen Appliances; Misc Kitchen Accessories; Utensils; Baking Trays etc | $1,031.00 | $1,031.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   __Wit's End Ranch Retreat, LLC_____   Case number (If known) _____
                Name

Old croquet set, Copper round baking pan w
/handles and raffia bow, Copper Strainer with
raffia bow and pine cones, Wooden shoe
forms on bases, Round wooden sifter,  Log
house on table, Small library stools, Small
wooden fish, corn popper, Large wooden fish,
Copper lidded box, Shoe Form, Small oval
copper platter, Small sofa table w /spooled
base, Armless Bentwood chair, Wall mirror in
wood frame, Large antique pot table lamp
with lampshade, Antique picture of baby on
blanket with dog Wallace Netting photograph
of landscape Cross stitch embroidery
sampler, Handmade violin, Old milk can, foot
stool, scale, pot lamp base (rewired) with
lampshade, Painting of winter cabin in snow
with rounded corner frame, Pair of old skies,
Pair of old boat oars, Old tennis racquet, Old
hockey sticks, Old paddles, White porcelain
wash basin in Bentwood wash stand, Large
antique wooden rake, Small chair of
horseshoes, print of snow scene framed in
gold tone finish, Picture of girl baby and dog
in meadow, Pair brown tone prints of girls
and dogs, Hanging copper pot with long
handle, Print of dogs gambling, Iron floor
lamp with floral lampshade, Throw pillows of
striped & plain blue denim with down centers,
Six light antler chandelier, Eight light antler
chandelier, Blue denim sofas, Iron Scale          $209.00                                  $209.00

Blue China Bowl & Picher foil led W /Dried
Flowers, Fish Platters W /Raffia Bows, Bird
House, Antique Wood Box W /Velvet Lining &
PotPourri, Lg Bird Picture (Green) Still Life
Oil Painting
Antique Glass Bottles Wooden Hat Brims
Form Wooden Table Big Screen TV DVD/VCR
Player Wizard of Oz Picture Film Pictures Blue
Ceramic Tea Pot White Ceramic Tea Pot Small
Green Ceramic Tea Pot Scale Bird House Air
Freshener Picture with the American Flag
Regular size Pillows Lg size Pillows VHS
Tapes (about 30-40)                                $121.00                                  $121.00

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    Wit's End Ranch Retreat, LLC                                    Case number *(if known)* _____
                  Name

| | | |
|---|---|---|
| 6 Drawer Chest Butter Churn w /black top wood duck decoy limited edition framed bird prints/$90 each green wagon old barrel container for old farm tools antique pitchfork of wood antique wood rakes metal and wood rake sod breakers of wood & iron furrow digger of wood & iron "u" shaped farm tool wood & iron antique school desk ladderback chairs w/green snowflake fabric old butter churn small round end table lg pine coffee table long wooden tool box filled w/dried florals tall antique hat blocks short antique hat block black and white cowhide rug narrow end table "Lorraine" carved armchairs cowhides sofa table of old wood and iron small antique sled old wooden box w/ tall dried arrangement antique picture- 2 girls and dog pine antique drop leaf table/desk antique footstool sm squirrel on driftwood pool table The La Paloma- 6 legged tournament size pool table w/ Walnut stain, standard green felt cover, diamond sites in Mother of pearl and regulation gold braid and dark brown Leather pockets. cue rack and accessories antique pool table lamp antique wheelbarrow dark stained drop leaf table small cone shaped copper wall sconce w/drieds lg armoire gold tone floor lamp long church pew seat cushions of red bandana print fabric pillows sets back and seat cushions in bandana print pine trunk duck decoy deer mo | $510.00 | $510.00 |
| Cabin 1<br>Floor mat, Metal table lamps, Wooden decorative boot, Wooden trinket box, Fireplace accessory, Fireplace grate, Wood end table Wood coffee table Writing desk Wood / cushion chair Couch Horse print Stove Microwave Coffeepot Wicker/ glass table Kitchen chairs Wood night stand Brass headboard queen Queen mattress and box spring Bedding Wood Armoire w/mirror Ironing board Luggage rack shower curtain bath mat 10 pt. deer antlers | $142.00 | $142.00 |
| Cabin 2<br>Metal table lamps Wooden decorative boot Wooden trinket box Fireplace accessory Fireplace grate Wood end table Wood coffee table Writing desk Wood/ cushion chair Couch Horse print Stove Coffeepot Wood table Kitchen chairs Wood night stand Brass headboard queen Queen mattress and box spring Bedding Wood Armoire w/mirror Ironing board Luggage rack shower curtain bath mat 10 pt. deer antler | $114.00 | $114.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    Wit's End Ranch Retreat, LLC                          Case number (if known) _____
          _____
          Name

**Cabin 3**
Large basket Blue/White bowls Dog picture
Wall swag Doormat Bathroom basket Fruit
basket
Wall swag Prints, living room Metal table
lamps Wooden trinket box Fireplace
accessory Fireplace grate Wood end table
Wood coffee table Writing desk Wood/
cushion chair Couch Horse print Stove
Microwave Coffeepot Wood Table Kitchen
chairs Wood night stand Brass headboard
queen Queen mattress bed wood Armoire
w/mirror Ironing board Luggage rack shower
curtain bath mat 10 pt. deer antlers                    $137.00                              $137.00

**Cabin 4**
Twig mirror Doormat Hearth basket large
natural Basket raffia Metal table lamps
Wooden decorative boot Wooden trinket box
Fireplace accessory Fireplace grate Writing
desk Wood/ cushion chair Couch Stove
Microwave Coffeepot Wood Table Kitchen
chairs Wood night stand Brass headboard
queen Queen mattress and box spring
Bedding Wood Armoire w/mirror Ironing
board Luggage rack shower curtain bath mat
10 pt. deer antler                                       $129.00                              $129.00

**Cabin 5**
Hearth Basket Sofa Upholstered Chairs End
Table Wood Table Dining Chairs Desk Door
balances Door Verosols Windsor Chair
Dresser LiveLaughLove Lunchbox Tissue Box
(blue) Brown Lam Antler display (outside
cabin) Horse Picture TY Beanie Babies (White
Bears) Love sign Small Brown Lamp Tall
Brown Lamp Fire Extinguisher Wooden
Chairs with Floral pads Set of Fire Place
Pokers Flower Picture Black Corded Phone
Clock Lamp Stove Mini fridge Coffee Pot
Picture Frame (with a Winside) Glass plate
Blue Glass Pitcher Glass Mug Blue shower
curtain  Chair Amore sign Set of bedding
Picture Half Round Cabinet (White and Green)              $178.00                              $178.00

**Cabin 6**
Fruit basket - raffia Botanical med/prints fruit
(1 pair) Small floras' Twig mirror Doormat
Refrigerator Stove Coffeepot Couch Wood
and wicker chair w /cushion Soft chair Wood
w/cushion chairs Fireplace screen Fireplace
grate Fireplace accessory Wood end table
Metal table lamp Ceramic plates Full size
brass bed Full size mattress & box springs
Wall wood mirror Wood dresser Wood bird
house Bedding                                            $157.00                              $157.00

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    Wit's End Ranch Retreat, LLC        Case number *(if known)* _____

Name

**Cabin 7**
Guest poem picture fruit basket Doormat
Refrigerator Stove Coffeepot Couch Soft chair
Fireplace grate Wood end table Metal table
lamp Ceramic plates     **$79.00**         **$79.00**

**Cabin 8**
Birch Tree Doormat Sofa Upholstered Chairs
Rust Dot Cocktail glass Nightstand End table
Desk
Benches Headboard Dresser Ceramic lamp
Metal lamp Fire screen Fireplace set Coat
rack (attached to wall) Stove Refrigerator
Microwave Coffeepot Full size mattress & box
spring set 10 point antler 6 point antler
Writing desk Bedding for all beds     **$193.00**        **$193.00**

**Cabin 9**
Fruit basket w /raffia Twig mirror Doormat
Bathroom bucket Full size brass bed Full size
mattress & box spring Bedding for Above Tall
floor brass lamp Luggage rack Wood kitchen
table Wood kitchen chairs Stove Wood
microwave rack/stand microwave above stove
on wood shelf Metal Fireplace screen
Fireplace grate Fireplace accessory Wood
writing desk Couch Wood/glass coffee table
Wood candle stick holders Horse print Fabric
chair     **$127.00**        **$127.00**

**Cabin 10**
jar w/drieds Hearth Basket, lg. Light color
Twig Mirror Doormat Kitchen jars Bathroom
Basket
Sofa Upholstered chairs- rust dot End Tables
cocktail glass Metal lamps chair dining Table
SP Chairs headboard dresser w /mirror
nightstands Metal lamps chicken/rooster
statues toss pillows
wood/glass coffee table framed
chicken/rooster pictures ceramic lamps
fireplace tool set mattress/boxspring blue
shower curtain and liner red upholstered
chair- bedroom rooster tissue holder
decorative rooster boxes collapsible luggage
rack set Brown bedding set coffee table
coasters rooster pot holders rooster canisters
rooster clock white microwave decorative
glass filled oil/vinegar bottles antler set 3 arm
light fixture telephone placemat stove range
hood paper towel holder plastic flash light
candle     **$252.00**        **$252.00**

Debtor    Wit's End Ranch Retreat, LLC _____      Case number (if known) _____
          Name

**Cabin 11**
Fruit Basket Picture Horse by the side of the
Road Doormat Sofa Dining table Wood chairs
Brass headboard Wood dresser & mirror
Bedding/ comforter Fire grate Fire accessory
Metal candlestick holder Small wooden horse
Stove Small Refrigerator Brass towel racks
Small wooden clock                                          $112.00                              $112.00

**Cabin 12**
Doormat Fruit basket wood table Brass
fireplace screen Fireplace accessory Small
brass clock Wood candlestick holder Wood
kitchen table Wood chairs Stove Small
refrigerator Tall metal floor lamp Horses
running print Brass headboard Full size
mattress and box spring Bedding  Wood
nightstands Wood dresser                                    $123.00                              $123.00

**Cabin 13**
Doormat Bathroom basket Hearth basket
Wood table Fireplace grate Fireplace
accessory Wood kitchen table Wood chairs
Stove Small refrigerator Tall metal floor lamp
Horses running print  Brass headboard Full
size mattress and box spring Bedding Wood
dresser & mirror                                            $121.00                              $121.00

**Cabin 14**
Sofas Nightstand Metal Lamps Pie Safe Large
Entertainment Center Dining Room Table
Headboard Daybeds Dresser Red Clock Red
Tea Pot Coffee Maker Refrigerator Hanging
Mirror Red candle holders with candles
Painting over fireplace Red Bunk Bed Single
Mattress Single Mattress Bedding Queen Bed
with Mattress Wall pictures in bedroom
Outside wooded bench swing with cushions
Outside wooded chairs with cushions Floor
Fan 13 bathroom shower curtain                             $319.00                              $319.00

**Cabin 15**
Fruit basket Bathroom basket Doormat Full
size brass bed Full size mattress & box spring
Bedding Wood armoire w/mirror Luggage
rack Wood kitchen table Wood kitchen chairs
Wood log chair Stove Metal Fireplace screen
Fireplace grate Fireplace accessory Wood end
table Couch Wood/glass coffee table Brass
lamp Fabric chair                                          $133.00                              $133.00

Software Copyright (c) 1996-2017 CiN Group - www.cincompass.com

Debtor   __Wit's End Ranch Retreat, LLC__                          Case number *(if known)* _____
              Name

**Cabin 16**
Fridge Stove Microwave Coffee Pot Wooden
Kitchen Table Brown Kitchen Table Brown
Chairs Couch Glass Coffee Table Twig Wall
Hanging Mirror Small Glass Round Table
Small Table Lamp Standing Metal Lamps
Metal Table Lamps Brass Headboards Queen
Mattresses w/box springs, bedding for all
beds Dressers with mirrors Blue shower
curtains Blue shower mat Nightstand Hanging
wood boat displays Lake View Print American
Fisherman Print Big Catch coat rack Gone
fishing print Hanging Wooden Bird House
Rock Brand Salmon print Fish pictures in
wooden frames wooden crates Ceramic Boy
on Tricycle Wicker Basket Welcome Friends
hanging wood display                                    $202.00                          $202.00

**Ronald Brady Cabin**
Brass towel rack Horseshoe towel rack 5
drawer dresser Red model truck Wooden toy
horse  small) Cowboy embroidered runner
Wooden clock (small) Writing desk Sofa
Cushioned chairs Wood/metal table Metal
standing lamp Metal table lamps Full size
mattresses & box springs Full size brass
headboard Wooden boot wall fixtures
Standing fan Metal/Wooden 3 shelf towel rack
Microwave Stove Refrigerator Kitchen table
Wooden chairs Toaster Horseshoe wall
hanger Wooden/Glass China Hutch Bedding
for all beds                                            $229.00                          $229.00

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **Wit's End Ranch Retreat, LLC**
_____
Name

Case number *(if known)* _____

John Patrick Cabin
Horse prints Girl w/dogs (charcoal) Prayer
sampler Small narrow picture of boy &
donkey Narrow wood framed Victorian mirror
Large twig mirror w /lead bows Large dried
standing shock "Burt's Sweet Peas" print
trimmed w/raffia bow & pinecones Long
narrow lake scene landscape in old fashioned
narrow frame Large swag over mirror of
drieds, raffia & pinecones Small pastoral
scene of hay gatherers 8 point antler Standing
metal lamp Wooden 8 drawer armoire
w/mirror Wall mirror wood frame Wooden boy
on stick horse Twin mattress & box spring
Wood table lamp Wood end table Wicker trash
can Wood cushion chair Wood kitchen table
Wood chairs Cowboy embodied table runner
Coffee maker Toaster Stove Refrigerator
Wicker chair w /cushion Writing desk Small
clock Leather loveseat w/2 cushions Wicker
basket  Fireplace grate Fireplace accessory
Wooden welcome pup Wooden boot Metal
lunchbox cowboy Roy Rogers and Dale Evans
prints Oil lamp Wooden car Large wooden
armoire Wooden rodeo wall plaque Carved
wooden mirror Silver table lamps Wooden
night stands Queen mattress & box springs
Queen brass headboard Luggage holder Set
of velvet drapes Bedding for all beds                    $250.00                              $250.00

| 40. | Office fixtures | | |
|---|---|---|---|
| | Reindeer Head Mount; Moose Head Mount; Elk Head Mount; Deer Head Mount; Mountain Lion Mount; Snow Leopard Mount; Mountain Goat Mount; Antler Chandlier | $90.00 | $90.00 |

41. Office equipment, including all computer equipment and
    communication systems equipment and software

42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books,
    pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections;
    other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                    | $6,544.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ■ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    __Wit's End Ranch Retreat, LLC__          Case number *(if known)* _____
                          Name

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.  One Jeep | $0.00 | | $0.00 |
| 47.2.  One Pickup | $0.00 | | $0.00 |
| 47.3.  One Van | $0.00 | | $0.00 |

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**51.** Total of Part 8.
Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
■ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  3206 Osage St, Denver, CO 80211-3561 Lots 13, 14, 15, Block 11, Central Subdivision to Town of Highlands, City and County of Denver, State of Colorado | Fee Simple | $2,010,000.00 | | $2,010,000.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   __Wit's End Ranch Retreat, LLC_____   Case number *(if known)* _____
         Name

| | 55.2. | 254 & 290 County Road 500, Bayfield, CO 81122 | Fee Simple | $3,100,000.00 | | $3,100,000.00 |
|---|---|---|---|---|---|---|

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $5,110,000.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and Intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor      Wit's End Ranch Retreat, LLC                    Case number (if known) _____
            Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $64,678.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $57,934.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $6,544.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.........................................> | | $5,110,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $129,156.00 | +91b.  $5,110,000.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $5,239,156.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    Wit's End Ranch Retreat, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **1st Creek Properties, LLC**<br>Creditor's Name<br><br>**1660 Lincoln St # 2850**<br>**Denver, CO 80264-2800**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3206 Osage Street, Denver, CO 80211 and 254 & 290 CR 500, Bayfield, CO 81122** | $2,667,127.00 | $5,110,000.00 |
| | Describe the lien<br>**Note and Deed of Trust**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br>**2015**<br>Last 4 digits of account number<br>**6006** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. 1st Creek Properties, LLC**<br>**2. Hisako Y Jordan** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**   **Hisako Y Jordan**<br>Creditor's Name<br><br>**9919 Dodge Dr**<br>**Northglenn, CO 80260-6030**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3206 Osage Street, Denver, CO 80211 and 254 & 290 CR 500, Bayfield, CO 81122** | $120,552.00 | $2,010,000.00 |
| | Describe the lien<br>**Note and Deed of Trust**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br>**Various 2015-2016**<br>Last 4 digits of account number | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 2

Debtor   __Wit's End Ranch Retreat, LLC__          Case number (if know) _____
         Name

☐ No
■ Yes. Specify each creditor,        ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                            ☐ Disputed
**1. 1st Creek Properties,**
**LLC**
**2. Hisako Y Jordan**

---

| 2.3 | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | $57,850.00 | $57,850.00 |
|-----|------------------------------|-----------------------------------------------------|------------|------------|
|     | Creditor's Name              | **Kubota Tractor**                                  |            |            |

**4400 Amon Carter Blvd Ste**
**100**
__Fort Worth, TX 76155-2695__
Creditor's mailing address                Describe the lien
                                          **Tractor lien**
                                          Is the creditor an insider or related party?
                                          ■ No
_____                   ☐ Yes
Creditor's email address, if known        Is anyone else liable on this claim?
                                          ☐ No
Date debt was incurred                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2015**
Last 4 digits of account number

Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor, and its relative  ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $2,845,529.00 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-----------------------------------------------------------|-------------------------------------------------|
| _____ | | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    <u>Wit's End Ranch Retreat, LLC</u>

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Amerigas**<br><br>2282 Bayfield Pkwy<br>Bayfield, CO 81122-9603<br>Date(s) debt was incurred  <u>2015</u><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $2,808.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Brennon Oil Company**<br><br>PO Box 1068<br>Durango, CO 81302-1068<br>Date(s) debt was incurred  <u>2016</u><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $2,000.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Century Link**<br><br>PO Box 91155<br>Seattle, WA 98111-9255<br>Date(s) debt was incurred  <u>2015</u><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $1,060.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>**Christina King**<br><br>8483 Rabbitbrush Way<br>Parker, CO 80134-9226<br>Date(s) debt was incurred  <u>2016</u><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $1,000.00 |

Debtor __Wit's End Ranch Retreat, LLC__                  Case number (if known) _____
        <sub>Name</sub>

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address<br>**Coca Cola of Durango**<br><br>75 Girard St<br>Durango, CO 81303-7938<br>Date(s) debt was incurred __2015__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,383.00 |
| **3.6** | Nonpriority creditor's name and mailing address<br>**Colorado Dept of Labor & Empl.**<br><br>PO Box 400<br>Denver, CO 80201-0400<br>Date(s) debt was incurred __2016__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $98,000.00 |
| **3.7** | Nonpriority creditor's name and mailing address<br>**Columbia Pacific Finance, LLC**<br><br>PO Box 80506<br>City of Industry, CA 91716-8405<br>Date(s) debt was incurred __2015__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,931.00 |
| **3.8** | Nonpriority creditor's name and mailing address<br>**Dan Baldwin**<br><br>1625 17th St<br>Denver, CO 80202-5986<br>Date(s) debt was incurred __2016__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $45,000.00 |
| **3.9** | Nonpriority creditor's name and mailing address<br>**David Christopher Wright**<br><br>1409 Pine Valley Rd<br>Bayfield, CO 81122-9107<br>Date(s) debt was incurred __2015__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $18,117.00 |
| **3.10** | Nonpriority creditor's name and mailing address<br>**Dawn Solomon**<br><br>4299 E 130th Cir<br>Thornton, CO 80241-2280<br>Date(s) debt was incurred __2016__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ☐ No ■ Yes | $22,000.00 |
| **3.11** | Nonpriority creditor's name and mailing address<br>**Farmers Insurance**<br>**Truck Ins Exchange & Mid Century Ins.**<br>PO Box 4665<br>Carol Stream, IL 60197-4665<br>Date(s) debt was incurred __2015__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $11,132.00 |

Debtor  __Wit's End Ranch Retreat, LLC__                          Case number (if known) _____
        Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Gregory King**

11773 Hillcrest Rd
Golden, CO 80403-8555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2016_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Jacquelin Nickerson**

9671 Marion Way
Thornton, CO 80229-7816

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _2016_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Jacquilyn Mecloy-Kovach**

8483 Rabbitbrush Way
Parker, CO 80134-9226

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _2015_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**James Custer**

6081 Silver King Blvd Unit 103
Cape Coral, FL 33914-8055

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _2016_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,466.00 |
|---|---|---|---|

**Jay Lynch Architects, LLC**

PO Box 409
Bayfield, CO 81122-0409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2015_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,120.00 |
|---|---|---|---|

**La Plata Electric Associatio**

PO Box 2750
Durango, CO 81302-2750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2015_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Mary Katherine**
dba Katherine Therapy Associates
484 Turner Dr
Durango, CO 81303-7992

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _2015_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor ___**Wit's End Ranch Retreat, LLC**_____   Case number (if known) _____
          Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $15,000.00 |
|---|---|---|---|

**Mountain West Insurance & Fin**

65 Mercado St Ste 119
Durango, CO 81301-7314

Date(s) debt was incurred __2015__
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $500,000.00 |
|---|---|---|---|

**Ronald Solano**

4299 E 130th Cir
Thornton, CO 80241-2280

Date(s) debt was incurred __2015__
Last 4 digits of account number __

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,791.00 |
|---|---|---|---|

**Shamrock Foods Company**

PO Box 52409
Phoenix, AZ 85072-2409

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,000.00 |
|---|---|---|---|

**Shelly McGarva**

8483 Rabbitbrush Way
Parker, CO 80134-9226

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $7,350.00 |
|---|---|---|---|

**Vallecito Lake Outfitters, LLC**
C John Clark
85 Ponderosa Rd
Bayfield, CO 81122-9239

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $440.00 |
|---|---|---|---|

**Valley Feed & Ranch Supply**

39987 US Highway 160
Bayfield, CO 81122-8747

Date(s) debt was incurred __2015__
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,791.00 |
|---|---|---|---|

**Waste Management**

4 Corners Hauling
Phoenix, AZ 85062

Date(s) debt was incurred __2015__
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

Debtor   **Wit's End Ranch Retreat, LLC**          Case number (if known) _____
_____Name_____

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James Whitley PC**<br>**679 E 2d Ave Ste E1**<br>**Durango, CO 81301** | Line _3.23_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Lyda Law Firm**<br>**1625 17th St**<br>**Denver, CO 80202-5986** | Line _3.8_<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

6. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 883,389.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 883,389.00 |

Fill in this information to identify the case:

Debtor name __Wit's End Ranch Retreat, LLC__

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets – Real and Personal   Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **$500,000 by Vincent Franco with permanent finance to Ranch, LLC** |
| | State the term remaining | |
| | List the contract number of any government contract | **Ronald Solano**<br>**4299 E. 130th Circle, Thornton, CO 80241** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Leasehold estate for entire building, 15 units, subleased to clients for therapy** |
| | State the term remaining | **Nine months to May, 2018** |
| | List the contract number of any government contract | **Tribe Sober Living & Re-entry, LLC**<br>**3206 Osage St Apt 31C**<br>**Denver, CO 80211-3561** |

**Fill in this information to identify the case:**

Debtor name    **Wit's End Ranch Retreat, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Vincent Franco, Sr. | 9919 Dodge Dr Northglenn, CO 80260-6030 | Kubota Credit Corporation | ■ D   2.3 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | Dawn Solomon | 4299 E 130th Cir Thornton, CO 80241-2280 | Ronald Solano | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.2 |
| 2.3 | Vincent Franco | 9919 Dodge Dr Northglenn, CO 80260-6031 | Ronald Solano | ☐ D ____ <br> ☐ E/F ____ <br> ■ G   2.2 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Wit's End Ranch Retreat, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF COLORADO**

Case number (if known)   _____

☐ Check if this is an amended filing

## 17 - 18893 JGR

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property*(Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property*(Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individual's* (Official Form 206Sum)

☐ *Amended Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 18, 2017**      X /s/ Vincent Franco, Sr.      *Vincent Franco, Sr*
                                          Signature of individual signing on behalf of debtor

                                          **Vincent Franco, Sr.**
                                          Printed name

                                          **Owner**
                                          Position or relationship to debtor

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                    Case No. _____

Wit's End Ranch Retreat, LLC _____    Chapter 11 _____
                        Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: September 18, 2017 _____    Signature: _/s/ Vincent Franco, Sr._    _Vincent Franco, Sr._
                                        Vincent Franco, Sr., Owner
                                                                              Debtor


Date: _____           Signature: _____
                                                                              Joint Debtor, if any


# 17-18893 JGR

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

1st Creek Properties, LLC
1660 Lincoln St # 2850
Denver, CO  80264-2800


Amerigas
2282 Bayfield Pkwy
Bayfield, CO  81122-9603


Brennon Oil Company
PO Box 1068
Durango, CO  81302-1068


Century Link
PO Box 91155
Seattle, WA  98111-9255


Christina King
8483 Rabbitbrush Way
Parker, CO  80134-9226


Coca Cola of Durango
75 Girard St
Durango, CO  81303-7938


Colorado Dept of Labor & Empl.
PO Box 400
Denver, CO  80201-0400

Columbia Pacific Finance, LLC
PO Box 80506
City of Industry, CA  91716-8405


Dan Baldwin
1625 17th St
Denver, CO  80202-5986


David Christopher Wright
1409 Pine Valley Rd
Bayfield, CO  81122-9107


Dawn Solomon
4299 E 130th Cir
Thornton, CO  80241-2280


Farmers Insurance
Truck Ins Exchange & Mid Century Ins.
PO Box 4665
Carol Stream, IL  60197-4665


Gregory King
11773 Hillcrest Rd
Golden, CO  80403-8555


Hisako Y Jordan
9919 Dodge Dr
Northglenn, CO  80260-6030

Jacquelin Nickerson
9671 Marion Way
Thornton, CO   80229-7816


Jacquilyn Mecloy-Kovach
8483 Rabbitbrush Way
Parker, CO   80134-9226


James Custer
6081 Silver King Blvd Unit 103
Cape Coral, FL   33914-8055


James Whitley PC
679 E 2d Ave Ste E1
Durango, CO   81301


Jay Lynch Architects, LLC
PO Box 409
Bayfield, CO   81122-0409


Kubota Credit Corporation
4400 Amon Carter Blvd Ste 100
Fort Worth, TX   76155-2695


La Plata Electric Associatio
PO Box 2750
Durango, CO   81302-2750

Lyda Law Firm
1625 17th St
Denver, CO  80202-5986


Mary Katherine
dba Katherine Therapy Associates
484 Turner Dr
Durango, CO  81303-7992


Mountain West Insurance & Fin
65 Mercado St Ste 119
Durango, CO  81301-7314


Ronald Solano
4299 E 130th Cir
Thornton, CO  80241-2280


Shamrock Foods Company
PO Box 52409
Phoenix, AZ  85072-2409


Shelly McGarva
8483 Rabbitbrush Way
Parker, CO  80134-9226


Vallecito Lake Outfitters, LLC
C John Clark
85 Ponderosa Rd
Bayfield, CO  81122-9239

Valley Feed & Ranch Supply
39987 US Highway 160
Bayfield, CO  81122-8747


Waste Management
4 Corners Hauling
Phoenix, AZ  85062

Debra Johnson
Denver County Public Trustee
201 W. Colfax Ave. Dept. 101
Denver, CO 80202

Edward J. Murray
La Plata County Public Trustee
1060 Main Ave., Ste. 103
Durango, CO 81301